UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOE GOMEZ, | No. C 06-5936 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHARLES DUDLEY LEE; CAROLINE RATES, | |
| Defendants. / | |

Judgment is entered in favor of all defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 23, 2008

_____
SUSAN ILLSTON
United States District Judge